UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:21-CV-00242-FDW-DSC

| | |
|---|---|
| BILLIE PAUL BEVANS, | )<br>) |
| Plaintiff, | )<br>) |
| vs. | )    ORDER<br>) |
| THE UNITED STATES OF AMERICA, | )<br>) |
| Defendant. | )<br>) |

THIS MATTER is before the Court on Plaintiff's Motion to Dismiss this matter pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure (Doc. No. 11).

For good cause shown, and without objection from Defendant, it is hereby ORDERED that Plaintiff's Motion (Doc. No. 11) is GRANTED. This matter is hereby DISMISSED WITHOUT PREJUDICE, and the CLERK is respectfully directed to CLOSE THIS CASE. Each party shall bear its own costs.

IT IS SO ORDERED.

Signed: October 28, 2021

Frank D. Whitney
United States District Judge