# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Billie Paul Bevans**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:21-cv-00242-FDW-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| United States**,** | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court on Consent Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 29, 2021 Order.

October 29, 2021

*[signature]*

Frank G. Johns, Clerk
United States District Court